UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHANNON CARTER,<br><br>                    Petitioner,<br>     v.<br><br>THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                    Respondents. | Case No. 3:21-cv-00208-MMD-WGC<br><br>ORDER |

Petitioner Shannon Carter has submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1-1.) Carter, however, has failed to submit an *in forma pauperis* application or pay the filing fee. Accordingly, this matter has not properly commenced and thus subject to dismissal. *See* 28 U.S.C. § 1915(a)(2) and LR LSR 1-2.

The Court notes that Carter is serving a life sentence with the possibility of parole and appears to challenge the computation of his sentence. His claims are likely noncognizable in federal habeas corpus as they are state-law claims or claims that are barred under *Nettles v. Grounds*, 830 F.3d 922 (9th Cir. 2016) (stating that claims, if successful, would not necessarily lead to speedier release are not cognizable in habeas).

It is therefore ordered that Carter's petition (ECF No. 1-1) is dismissed as set forth in this order.

The Clerk of Court is directed to detach and file Carter's petition (ECF No. 1-1).

It is further ordered that Carter's motion for appointment of counsel (ECF No. 4) and motion for evidentiary hearing (ECF No. 5) are both denied as moot.

It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the Court's dismissal of this action to be debatable or incorrect.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 16th Day of June 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE