UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHANNON CARTER,<br><br>  Petitioner,<br>v.<br><br>THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>  Respondents. | Case No. 3:21-cv-00208-MMD-WGC<br><br>ORDER |

On June 16, 2021, the Court dismissed Petitioner Shannon Carter's *pro se* 28 U.S.C. § 2241 petition for writ of habeas corpus as improperly commenced and denied a certificate of appealability. (ECF No. 6 (citing 28 U.S.C. § 1915(a)(2), LR LSR 1-2).) Judgment was entered accordingly. (ECF No. 8.) Carter appealed, and the Ninth Circuit Court of Appeals denied his request for a certificate of appealability. (ECF No. 12.) In the meantime, Carter had also filed a motion for certificate of appealability with this Court. (ECF No. 11.) The motion is denied.

It is therefore ordered that Petitioner Shannon Carter's motion for a certificate of appealability (ECF No. 11) is denied.

DATED THIS 22nd Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE